FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8232

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Miguel Angel REYES-Canul<br><br>Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about March 15, 2008, within the Southern District of California, defendant Miguel Angel REYES-Canul did knowingly and intentionally import approximately 35.54 kilograms (78.18 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Donald E. Webster
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17TH, DAY OF March 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Miguel Angel REYES-Canul

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Donald E. Webster.

On March 15, 2008 at approximately 1530 hours, Miguel Angel REYES-Canul entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry. REYES was the driver of a 1993 Toyota Fourrunner, bearing MX/BA license plate BDR3181.

In the pre-primary inspection area, Customs and Border Protection (CBP) Officer V. Martin was conducting pre-primary inspections. REYES was asked for and provided a negative Custom's declaration. Officer Martin inspected the rear tire on the vehicle and received an unusually high "Buster" readings indicating the spare tire had something inside. Officer Martin removed REYES from the vehicle and escorted him from pre-primary to the secondary office. Officer Frank drove the vehicle into vehicle secondary for further inspection.

Officer Contreras was assigned to the vehicle secondary inspection area Officer Contreras inspected the vehicle where the spare tire was removed and cut open revealing several packages wrapped with brown postal tape. One of the packages was probed and field-tested positive for Marijuana. Officer Contreras inspected the rest of the vehicle and located more packages inside the rear quarter panels and in the tailgate. A total of 27 packages were found weighing 35.54 kilograms.

REYES was placed under arrest and advised of his Miranda Rights in the English language, which he acknowledged and waived, agreeing to answer questions.

REYES admitted knowledge of the marijuana found in the vehicle and was to be paid $800.00 for the smuggling venture into the United States.

VENEGAS was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge in El Centro, CA.