UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1022 IEG

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| MIGUEL ANGEL REYES-CANUL, | ) 960 - Importation of Marijuana; |
| | ) Title 21, U.S.C., Sec. 841(a)(1) - |
| | ) Possession of Marijuana with |
| Defendant. | ) Intent to Distribute |

The grand jury charges:

Count 1

On or about March 15, 2008, within the Southern District of California, defendant MIGUEL ANGEL REYES-CANUL did knowingly and intentionally import approximately 35.54 kilograms (approximately 78.18 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

WDK:nlv:Imperial
4/7/08

## Count 2

On or about March 15, 2008, within the Southern District of California, defendant MIGUEL ANGEL REYES-CANUL did knowingly and intentionally possess, with intent to distribute, approximately 35.54 kilograms (approximately 78.18 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 9, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney